IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD CULPEPPER,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ILLINOIS CENTRAL RAILROAD** )<br>**COMPANY,** )<br>)<br>**Defendant.** ) | CIVIL NO. 07-764-GPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 11/26/08

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
     Deputy Clerk


APPROVED:  s/ *G. Patrick Murphy*
              G. Patrick Murphy
              United States District Judge